UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDRAMANE NIATTA,<br><br>Plaintiff,<br><br>- against -<br><br>JORGE W. VENTURE CINA and A YANKEE LINE, INC.,<br><br>Defendant. | 26-CV-5616 (DEH) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

More than 30 days have elapsed since Defendants filed a notice of removal. (Dkt. 1.) Plaintiff has not appeared, and Defendants have not filed anything further on the docket. Accordingly, by **November 25, 2026**, Defendants shall file a status report, including explaining whether Defendant has tried to contact Plaintiff's counsel since serving the notice of removal. Plaintiff's counsel shall file an appearance by **December 1, 2026**.

Defendants shall serve a copy of this order on counsel for Plaintiff by **November 20, 2026**, and shall file an affidavit of service of same by **November 23, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 18, 2026
New York, New York

Copies transmitted this date to all counsel of record.